IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW MEHDIZADEH,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STARBUCKS CORPORATION,<br>APOTHECARY SERVICES, INC., THE<br>NEW YORK TIMES COMPANY, THE<br>AMERICAN PROSPECT,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  24-3339 |

# O R D E R

**AND NOW**, this 23rd day of August, 2024, upon consideration of Defendants The New York Times Company's and The American Prospect's Motion to Dismiss (ECF No. 42) and Plaintiff Andrew Mehdizadeh's Brief in Opposition (ECF No. 45), it is **HEREBY ORDERED** that Mehdizadeh's Fourth Amended Complaint is **DISMISSED WITH PREJUDICE** as pleaded against these parties.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　 /s/Wendy Beetlestone, J.


　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**