# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW MEHDIZADEH,** <br> **Plaintiff,** <br><br> v. <br><br> **STARBUCKS CORPORATION,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 24-3339** |

## ORDER

**AND NOW**, this 15th day of November, 2024, upon consideration of: (1) Plaintiff Andrew Mehdizadeh's Motion for Judgment on the Pleadings (ECF No. 166), Defendant Starbucks Corporation's Response in Opposition (ECF No. 183), and Plaintiff's Reply (ECF No. 185); and, (2) Defendant's Motion for Judgment on the Pleadings (ECF No. 158), Plaintiff's Response in Opposition (ECF No. 169), Defendant's Reply (ECF No. 180), and Plaintiff's Surreply (ECF No. 182), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 166) is **DENIED.**

2. Defendant's Motion for Judgment on the Pleadings (ECF No. 158) is **GRANTED**, and Plaintiff's Fourth Amended Complaint (ECF No. 33) is **DISMISSED WITH PREJUDICE** as pleaded against Defendant Starbucks Corporation.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED.**

                                                                **BY THE COURT:**

                                                                /s/Wendy Beetlestone, J.

                                                               **WENDY BEETLESTONE, J.**